UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

C. JOE SCHROEDER,                          )
                                           )      CASE NO.: 3:17-CV-00238-RCJ-WGC
                    Plaintiff,             )
                                           )
 v.                                        )      O R D E R
                                           )
WELLS COUNTY, *et al.*,                    )
                                           )
                    Defendants.            )
                                           )

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 5) entered on June 28, 2017, in which the Magistrate Judge recommends the Court dismiss this action without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 5).

IT IS HEREBY ORDERED this action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

IT IS SO ORDERED this 25th day of August, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE